IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MASTEC INDUSTRIAL CORP. f/k/a MASTEC INDUSTRIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> ASCEND PERFORMANCE MATERIALS OPERATIONS LLC and THE INDUSTRIAL DEVELOPMENT BOARD OF THE CITY OF DECATUR, <br><br> Defendants. | Case No. 5:23-cv-00228-HNJ |

## The Industrial Development Board of the City of Decatur's Reply in Support of Its Motion to Dismiss

In support of its motion to dismiss, the Industrial Development Board of the City of Decatur ("IDB") submits that Co-Defendant Ascend Performance Materials Operations, LLC, the current owner of the Property that is the subject of this action,[1] does not oppose the motion to dismiss of IDB. Plaintiff MasTec Industrial Corp. also does not oppose the motion, as qualified in its response to IDB's motion to dismiss (Doc. 9). Crucial here, MasTec does not cite or argue any law exists preventing IDB's dismissal here. That makes sense because IDB no longer owns or has a leasehold interest in the Property.

---

[1] MasTec's lawsuit concerns work it performed (the adequacy of which is in question) at 1050 Chemstrand Avenue, Decatur, Alabama 35601 (the "Property").

**Conclusion**

For the preceding reasons, IDB requests that this Court dismiss IDB from MasTec's lawsuit and grant IDB all relief to which it is justly entitled.

Respectfully submitted on April 13, 2023.

*s/ Larry S. Logsdon*
Larry S. Logsdon
llogsdon@wallacejordan.com

*s/ Michael L. Jackson*
Michael L. Jackson
mjackson@wallacejordan.com

Attorneys for Defendant The Industrial Development Board of the City of Decatur

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, Alabama 35253
(205) 870-0555